AYTAN Y. BELLIN (admitted *pro hac vice*)
AYTAN.BELLIN@BELLINLAW.COM
BELLIN & ASSOCIATES, LLC
85 Miles Avenue
White Plains, New York 10606
Telephone: (914) 358-5345
Facsimile: (212) 571-0284

ROGER FURMAN (State Bar No. 149570)
roger.furman@yahoo.com
7485 Henefer Avenue
Los Angeles, California 90045
Telephone: (310) 568-0640
Facsimile: (310) 694-9083

Attorneys for plaintiff 3081 Main Street, LLC
d/b/a New England Wine and Spirits

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| 3081 MAIN STREET, LLC d/b/a NEW ENGLAND WINE AND SPIRITS, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CREATIVE AGE PUBLICATIONS, INC.,<br><br>Defendant. | Case No.: CV 11-9774-JFW (SHx)<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER**<br><br>Scheduling Conf. Date: March 5, 2012<br>Time: 8:30 a.m.<br>Judge: Hon. John F. Walter |

1  IT IS HEREBY STIPULATED AND AGREED, by and among all of the
2  parties to this action, through their counsel, that this action be dismissed with
3  prejudice and without costs, expressly subject to the Court's retaining jurisdiction
4  to enforce the parties' settlement agreement concerning this litigation, dated as of
5  June 8, 2012.

Dated: June 26, 2012

Plaintiff 3081 Main Street, LLC d/b/a New England Wine and Spirits, on behalf of itself and all others similarly situated,

by: _____
Roger Furman (SBN 149570)
roger.furman@yahoo.com
7485 Henefer Avenue
Los Angeles, CA 90045
Tel: (310) 568-0640
Fax (310) 694-9083

Aytan Y. Bellin (admitted pro hac vice)
aytan.bellin@bellinlaw.com
Bellin & Associates LLC
85 Miles Avenue
White Plains, NY 10606
Tel: (914) 358-5345
Fax: (212) 571-0284

Dated: June 28, 2012

Defendant Creative Age Publications, Inc.

by: _____
Michael D. Dempsey (SBN 43310)
bruinlaw@dempseyjohnson.com
Arlene M. Turinchak (SBN 231762)
aturinchak@dempseyjohnson.com
Dempsey & Johnson, P.C.
1880 Century Park East, Suite 516
Los Angeles, CA 90067-1605
Tel.: (310) 551-2300
Fax: (310) 551-2301